U.S. District Court Of Las Vegas

**Original Petition**

_FILED _✓RECEIVED
_ENTERED _SERVED ON
              , 11    OF RECORD

Case

2008 JAN 16 P 1: 04

CLERK          COURT
DISTRICT    NEVADA

BY            DEPUTY

**Charles Caston**
Shaunie Oneal

**Plaintiffs**

-VS-

Shaquel Oneal + Miami Heat
Walgreens, Nellis Air Force Base Commanding Officer
WalMart, Venessa Gilmore
Family Dollar 4750 Charleston Blvd.
EZ-Pawn
Radio Shack, U.S. Secret Service
Martin King III  State Judge Hudson Clark County
Mustapha Farrakhan)
Bill Clinton, Las Vegas City Councils
Chief Gillespie   Sponsored by Clark County and Commissioners

**Defendants**

1. Now comes Plaintiff who states that the Defendants violated the following Constitutional Amendments.

2. Defendants Violated the Forth Amendment.

2:08-cv-00059-RLH-PAL

3. Defendants Violated the Fifth Amendment.

4. Defendants Violated the Sixth Amendment.

5. Defendants Violated the Eighth Amendment.

6. Now comes plaintiff asking for a jury trial and for all punitive damages that the court may

Allow. And for an immediate hearing for a Temporary Restraining Order and a Order To Prevent

Violence and a Order To Seize Property that has been used for Criminal Activity.

Charles Caston
4760 E. Charleston Blvd, #3
Las Vegas, NV. 89104
(702) 459-6033
Charles Caston