# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES CASTON, ) | |
| ) | |
| Plaintiff(s), ) | 2:08-cv-0059-RLH-PAL |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHAQUEL ONEAL, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

   Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#4, filed January 30, 2009), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to state a claim or file an amended complaint. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

   The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

   IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#4, entered January 30, 2009) is ACCEPTED and ADOPTED, and Plaintiff's case is dismissed.

   Dated: February 20, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**